UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEOPLES BANK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YCT. DAME DE LA MER, Official Number 1256959 *in rem*; and ESTATE OF MICHAEL COHEN, *in personam*,<br><br>　　　　　　Defendants. | CASE NO. 3:21-cv-05882-RJB<br><br>ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff's Motion for Summary Judgment. Dkt. 32. The Court has considered the pleadings filed by both parties and supporting declarations. It is fully informed. The parties are largely in agreement, and Plaintiff's motion for summary judgment should accordingly be granted, in part.

The following facts are not disputed. On October 2, 2014, Michael Cohen executed a promissory note to Peoples Bank for $470,000.00 to purchase the M/Y DAME DE LA MER, Official Number 567048. Dkts. 32 and 57. The promissory note was scheduled to mature on October 16, 2034. Dkt. 57. To secure repayment on the promissory note, Michael Cohen

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

executed and delivered to Peoples Bank a Preferred Mortgage of Vessel upon the M/Y DAME DE LA MER in favor of Peoples Bank dated October 2, 2014. Dkt 32.

Michael Cohen, who is now deceased, secured at least two loans for two different yachts from Peoples Bank during his lifetime. Dkts. 32 and 57. On July 19, 2018, he sold a different yacht and paid off the loan secured by that vessel. *Id.* Due to what appears to have been a clerical error, an employee at Peoples Bank marked the promissory note for DAME DE LA MER as paid rather than the note secured by the other yacht. *Id.* Nonetheless, automatic payments continued to be made toward the DAME DE LA MER promissory note, for which there was still an outstanding balance, from a JP Morgan Chase Bank account to Peoples Bank. *Id.* The last payment was made on November 16, 2020, and Michael Cohen died on December 6, 2020. *Id.*

Michel Cohen's son, Loren Cohen, was originally appointed Personal Representative of the Estate of Michael Cohen. *Id.* He was later removed from that role and replaced by Carol Vaughn. *Id.* After some delay, the Estate of Michael Cohen arranged for, and the parties agreed to, a private sale of the DAME DE LA MER for the gross amount of $425,000.00. Dkt. 57. The proceeds from the sale minus the broker's commission amounts to $386,700.00 and has been deposited in the Court's registry. Dkt. 54.

In the pending motion for summary judgment, the parties agree that the vessel loan is in default and that Peoples Bank is entitled to foreclosure of the mortgage and remedies provided for by the Promissory Note. Dkt. 32 at 7; Dkt. 57. They agree that Peoples Bank is therefore entitled to recover the principal amount due under the loan, $265,044.06, plus interest and a $900 late fee. *Id.* While Peoples Bank initially moved for entry of judgment on the amount of attorney fees and legal expenses, including custodial fees, the parties now agree that summary

1  judgment on that amount is not yet proper.  Dkts. 32, 57, 60.  Both parties express their desire to
2  reach an agreement on that number.  *Id.*

3        Therefore, Peoples Bank motion for summary judgment should be granted EXCEPT as to
4  the amount of attorney's fees and legal expenses and *custodia legis* expenses and costs, as
5  provided for under the Promissory Note.  The parties must inform the court whether they have
6  reached an agreement on that amount by **September 23, 2022**.  If the parties reach agreement by
7  that date, they should further provide the Court with final paperwork regarding entry of judgment
8  and a motion for dispersal of funds out of the Registry of the Court, as required by Western
9  District of Washington Local Civil Rule 67(b).

10                                                                     **I.  ORDER**

11            • Peoples Bank's Motion for Summary Judgment (Dkt. 32) IS GRANTED in part,
12               as described above;

13            • The Parties are ordered to inform the court of the status of their agreement by
14               September 23, 2022.

15        The Clerk is directed to send uncertified copies of this Order to all counsel of record and
16  to any party appearing pro se at said party's last known address.

17        Dated this 8th day of September, 2022.

                                                   ROBERT J. BRYAN
                                                   United States District Judge